# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANELL GLASPER TYLER AND
KELVIN M. TYLER

NO.  2024 CW 0240

VERSUS

OLD REPUBLIC INSURANCE
COMPANY, HOLMES BUILDING
MATERIALS, LLC AND ERNEST
EMERSON

**APRIL 2, 2024**

---

In Re:   Shanell Glasper Tyler and Kelvin M. Tyler, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 725533.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

**EW**

**TPS**

   **Welch, J.,** concurs.  The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

<u>a.S.w</u>
DEPUTY CLERK OF COURT
FOR THE COURT